1048

No. 85–1179.  SONDEREGGER v. E. F. HUTTON & CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–1205.  ROSENTHAL ET AL. v. DAY ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–1221.  FOSTER v. ARCATA ASSOCIATES, INC.  C. A. 9th Cir.  Certiorari denied.

No. 85–1269.  HOWARD ET AL. v. DEERBROOK STATE BANK. C. A. 7th Cir.  Certiorari denied.

No. 85–1284.  MONTEMAYOR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 85–1328.  BONOMO ET AL. v. HARTFORD ACCIDENT & IN-DEMNITY CO.  Ct. App. Ind.  Certiorari denied.

No. 85–5680.  CAMPBELL v. MORRIS, SUPERINTENDENT, SOUTHEASTERN OHIO TRAINING CENTER, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 85–5742.  REED v. LANE, DIRECTOR, ILLINOIS DEPART-MENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari de-nied.

No. 85–5771.  BOWLDING v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–5812.  VIA v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 85–5824.  MILLER v. STAGNER, SUPERINTENDENT, COR-RECTIONAL TRAINING FACILITY.  C. A. 9th Cir.  Certiorari denied.

No. 85–5872.  WOODLEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–5908.  CRUMP v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–5923.  HELLWARTH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.